# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

157934(45)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVEN ANTHONY FISHER,
      Defendant-Appellant.

SC: 157934
COA: 336902
Isabella CC: 2016-000801-FH

_____/

On order of the Court, the motion to deem the late-filed application for leave to appeal timely is DENIED. Under some circumstances, the Court may "enter an order permitting a document to be deemed filed *nunc pro tunc* on the date of the unsuccessful transmission." Administrative Order 2014-23, 497 Mich cxxviii (2014). But such relief is warranted only where the moving party proves "to the court's satisfaction that . . . the transmission failed because of the failure of the TrueFiling system to process the electronic document or because of the court's computer system's failure to receive the document." *Id*. at cxxix. A contemporaneous review of the TrueFiling system and the Court's computer system showed that both were operational at the time of the defendant's transmission. The defendant's assertions and speculations to the contrary do not prove to the Court's satisfaction that either the TrueFiling system or the Court's computer system caused an unsuccessful transmission. Accordingly, the defendant is not entitled to the relief requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



b1023

Clerk